UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT Y. RAMIREZ, SR., | 1:11-cv-00768-DLB (PC) |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION AND REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS |
| vs. | |
| B.O.P. FEDERAL PRISONS, et al., | |
| Defendants. | |

Plaintiff is a former federal prisoner proceeding pro se in a civil rights action pursuant to *Bivens vs. Six Unknown Agents*, 403 U.S. 388 (1971). On May 12, 2011, plaintiff filed an application to proceed in forma pauperis by a prisoner. In light of the fact that plaintiff is no longer incarcerated, it is HEREBY ORDERED that:

1. The Clerk's Office shall send plaintiff a regular civil in forma pauperis application;
2. Within **thirty (30) days** from the date of service of this order, plaintiff shall either file a completed regular civil in forma pauperis application or pay the $350.00 filing fee in full.

Failure to obey this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   May 16, 2011              /s/ Dennis L. Beck
                                   UNITED STATES MAGISTRATE JUDGE