# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT Y. RAMIREZ, SR., | CASE NO. 1:11-CV-00768-AWI-DLB PC |
| Plaintiff, | ORDER STRIKING NOTICE OF VOLUNTARY DISMISSAL AS UNSIGNED |
| v. | (DOC. 7) |
| B.O.P. FEDERAL PRISONS, et al., | |
| Defendants. | |

Plaintiff Vincent Y. Ramirez, Sr., ("Plaintiff") is a former federal prisoner. Plaintiff is proceeding pro se in this civil rights action. On January 12, 2012, Plaintiff filed a notice of voluntary dismissal of this action. However, this notice was unsigned. The Court is required to strike unsigned filings. Fed. R. Civ. P. 11(a). Accordingly, it is HEREBY ORDERED that Plaintiff's notice, filed January 12, 2012, is stricken. Plaintiff is granted **fourteen (14) days** from the date of service of this order in which to file a signed notice.

IT IS SO ORDERED.

Dated:   **February 14, 2012**          **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

1