1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8 VINCENT Y. RAMIREZ, SR.,                    CASE NO. 1:11-CV-00768-AWI-DLB PC

9                            Plaintiff,        ORDER DIRECTING CLERK OF THE
                                               COURT TO CLOSE ACTION PURSUANT
10      v.                                     TO PLAINTIFF'S NOTICE OF
                                               VOLUNTARY DISMISSAL (DOC. 9)
11 B.O.P. FEDERAL PRISONS, et al.,

12                          Defendants.
                                        /
13

14          Plaintiff Vincent Y. Ramirez, Sr., ("Plaintiff") was formerly a federal prisoner.  Plaintiff

15 is proceeding pro se in this civil rights action.  On February 23, 2012, Plaintiff filed a notice to

16 withdraw this action, which the Court construes as a notice of voluntary dismissal.  An action

17 may be dismissed by a stipulation of dismissal signed by all parties who have appeared.  Fed. R.

18 Civ. P. 41(a)(1)(A)(ii).  Plaintiff is the only party to have appeared in this action.  Pursuant to this

19 notice, the Court HEREBY ORDERS the Clerk of the Court to close this action.  This dismissal

20 is without prejudice.

21          IT IS SO ORDERED.

22      **Dated:    February 27, 2012**              _____/s/ **Dennis L. Beck**_____
                                               UNITED STATES MAGISTRATE JUDGE
23

24
25
26
27
28

1